# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-20656-JEM

Plaintiff:
**RAVIPAL LUTHRA**

vs.

Defendant:
**UNIVERSITY OF MIAMI**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers, Inc on the 30th day of April, 2025 at 12:32 pm to be served on **University Of Miami c/o R/A: Humberto Speziani, 5187 Ponce De Leon Blvd, Coral Gables, FL 33146**.

I, Antonio Samalea, do hereby affirm that on the **1st day of May, 2025** at **10:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Jon Flemings** as **Employee Authorized** for **University Of Miami**, at the address of: **5187 Ponce De Leon Blvd, Coral Gables, FL 33146**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
Antonio Samalea
ID 3780

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2025024229

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

DELIVERED 5/1/2025 10:10 AM
SERVER           AS
LICENSE          ID 3780

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAVIPAL LUTHRA | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-20656-JEM |
| UNIVERSITY OF MIAMI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNIVERSITY OF MIAMI
c/o Humberto Speziani, its Registered Agent
5187 Ponce De Leon Blvd.
Coral Gables, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/13/2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts