UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20656-CIV-MARTINEZ

RAVIPAL LUTHRA,

    Plaintiff,
v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _6_ day of May, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record