UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RAVIPAL LUTHRA,

       Plaintiff,                           CASE NO.: 1:25-cv-20656-AHS

v.

UNIVERSITY OF MIAMI,

       Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, RAVIPAL LUTHRA ("Plaintiff"), by and through his undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's May 8, 2025, Order [D.E. 6]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Ravipal Luthra,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131**

    b. **University of Miami,** *Defendant*

    c. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiff*
       **Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131**

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Ravipal Luthra,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 8th day of May, 2025.

    **DEREK SMITH LAW GROUP, PLLC**
    *Counsel for Plaintiff*

    /s/ Daniel J. Barroukh
    Daniel J. Barroukh, Esq.
    Florida Bar No. 1049271
    Derek Smith Law Group, PLLC
    520 Brickell Key Drive, Suite O-301
    Miami, FL 33131
    Tel: (305) 946-1884
    Fax: (305) 503-6741
    danielb@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of May, 2025, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.