UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Sanchez

**RAVIPAL LUTHRA,**

    **Plaintiff,**

vs.

**UNIVERSITY OF MIAMI,**

    **Defendant.**
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**THIS CAUSE** came before the Court upon the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (D.E. 9) (the "Motion") filed by Defendant, University of Miami. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant, University of Miami, shall file its response to Plaintiff's Complaint (D.E. 1) on or before May 29, 2025.

**DONE AND ORDERED** in this _____ day of May, 2025.

 

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc:    counsel of record