UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Sanchez

**RAVIPAL LUTHRA,**

    Plaintiff,

vs.

**UNIVERSITY OF MIAMI,**

    Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

**NOTICE IS HEREBY GIVEN** that Eric D. Isicoff of the law firm of Isicoff Ragatz hereby enters his appearance on behalf of Defendant, University of Miami ("University"), in the above-captioned case and requests that he be served with copies of all pleadings, orders and other papers in this case.

    Respectfully submitted,

    **ISICOFF RAGATZ**
    601 Brickell Key Drive, Suite 750
    Miami, Florida 33131
    Tel: (305) 373-3232
    Fax: (305) 373-3233

    By: /s/ Eric D. Isicoff
        Eric D. Isicoff
        Florida Bar No. 372201
        Isicoff@irlaw.com
        Teresa Ragatz
        Florida Bar No. 545170
        Ragatz@irlaw.com
        Christopher M. Yannuzzi
        Florida Bar No. 92166
        Yannuzzi@irlaw.com

2

**CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 22nd day of May, 2025, upon the following:

Daniel J. Barroukh
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
(305) 946-1884
danielb@dereksmithlaw.com

                                            By: /s/ Eric D. Isicoff
                                                  Eric D. Isicoff