UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Sanchez

**RAVIPAL LUTHRA,**

    Plaintiff,

vs.

**UNIVERSITY OF MIAMI,**

    Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

**NOTICE IS HEREBY GIVEN** that Teresa Ragatz of the law firm of Isicoff Ragatz hereby enters her appearance on behalf of Defendant, University of Miami ("University"), in the above-captioned case and requests that she be served with copies of all pleadings, orders and other papers in this case.

        Respectfully submitted,

        **ISICOFF RAGATZ**
        601 Brickell Key Drive, Suite 750
        Miami, Florida 33131
        Tel: (305) 373-3232
        Fax: (305) 373-3233

        By: /s/ Teresa Ragatz
            Eric D. Isicoff
            Florida Bar No. 372201
            Isicoff@irlaw.com
            Teresa Ragatz
            Florida Bar No. 545170
            Ragatz@irlaw.com
            Christopher M. Yannuzzi
            Florida Bar No. 92166
            Yannuzzi@irlaw.com

2

## CERTIFICATE OF SERVICE

     I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 22nd day of May, 2025, upon the following:

Daniel J. Barroukh
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
(305) 946-1884
danielb@dereksmithlaw.com

                                      By: /s/ Teresa Ragatz
                                             Teresa Ragatz