UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Sanchez

RAVIPAL LUTHRA,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, University of Miami ("University"), by and through undersigned counsel and pursuant to the Court's Order dated May 8, 2025 (D.E. 6), hereby files its Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Barroukh, Daniel J. (counsel for Plaintiff)
2. Derek Smith Law Group, PLLC (counsel for Plaintiff)
3. Isicoff & Ragatz, PLLC d/b/a Isicoff Ragatz (counsel for Defendant)
4. Isicoff, Eric D. (counsel for Defendant)
5. Luthra, Ravipal (Plaintiff)
6. Ragatz, Teresa (counsel for Defendant)
7. University of Miami (Defendant)

8. Yannuzzi, Christopher M. (counsel for Defendant)

## CORPORATE DISCLOSURE STATEMENT

The University of Miami is a Florida not-for-profit corporation with no subsidiaries or parent corporations. The University of Miami is wholly-owned and not publicly traded; therefore, no other entity owns more than 10% of its stock.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Christopher M. Yannuzzi
Eric D. Isicoff
Florida Bar No. 372201
Isicoff@irlaw.com
Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com
Christopher M. Yannuzzi
Florida Bar No. 92166
Yannuzzi@irlaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 27th day of May, 2025, upon the following:

Daniel J. Barroukh
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
(305) 946-1884
danielb@dereksmithlaw.com

By: /s/ Christopher M. Yannuzzi
Christopher M. Yannuzzi