*EXHIBIT "A"*

| | |
|---|---|
| **From:** | Gonzalez, Ely Anthony |
| **To:** | Munoz, German D |
| **Cc:** | Torres, Vanessa |
| **Subject:** | New Case Opening - Complainant (Ravipal Luthra) - Hostile Work Environment based on Religion |
| **Date:** | Friday, March 25, 2022 1:14:56 PM |
| **Attachments:** | image002.png |

Hey German:

We need a new case opened.   The complainant is alleging hostile work environment based on religion.   The complaint can be found below.

The parties are:

- Complainant: Ravipal Luthra, Clinical Research Coordinator 1
- Respondent: Todd Gelband, Clinical Research Data Specialist

You can assign it to me.    Let me know if you have questions.

**Ely Gonzalez, Esq.** | Manager, Investigations
University of Miami | Workplace Equity and Inclusion
T: 305-284-9479 | F:  305-284-6214
E: elygonzalez@miami.edu



The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Acosta, Stephany <stephanyacosta@miami.edu>
**Sent:** Wednesday, March 23, 2022 8:57 AM
**To:** Gonzalez, Ely Anthony <elygonzalez@miami.edu>
**Cc:** Belidor, Porsche Elisa <peb78@med.miami.edu>; Perez, Reggie <reggie.perez@miami.edu>
**Subject:** FW: Sentiments hurts.

Good Morning Ely,

I received the below email this morning from an employee who is claiming religious discrimination and racism. Please let me know how I can assist.

Complainant: Ravipal Luthra 54660703
Respondent: Todd Gelband 50059240

Best,

**Stephany Acosta, MBA, PHR**

HR Manager - Client Services, UHealth
StephanyAcosta@miami.edu
Office: (305)243-3421| Fax: (305)243-2307

**UHealth**
UNIVERSITY OF MIAMI HEALTH SYSTEM

---

**From:** Luthra, Ravipal <rxl1038@med.miami.edu>
**Sent:** Wednesday, March 23, 2022 7:52 AM
**To:** Acosta, Stephany <stephanyacosta@miami.edu>
**Subject:** Sentiments hurts.

To Human Resources ,


My name is Ravipal Luthra. I have been working as a CRC1 since April 2021 at Clinical Research Services, University of Miami Miller School of Medicine, Sylvester Comprehensive Cancer Center.

The purpose of this communication is to inform you of an incident I faced in the workplace. I am addressing this issue to bring to light the severity of this incident and the broader context in which it's involved in. I am sure you will agree the treatment I received from a fellow colleague is repulsive, humiliating, and inappropriate for workplace interchange.

The incident involved my religious faith, an article of my faith, and egregious in nature. This incident took place on 03/21/2022 outside my building CBCC during the lunchtime hour by employee Todd Gelband, Clinical Research Data Specialist. This individual uttered racist, vile remarks, in one incidence where he commented on my turban making vulgar, disgraceful statements. These comments were the worst comments I have ever braced.

My turban carries a deep religious significance, and it was incredibly hurtful to have comments such as those thrown at me, not to mention humiliating as they were in earshot of others. I feel as though I have been targeted since discriminatory conduct, unreasonable and biased comments were made to me.

I assumed the University of Miami was a prestigious institution that maintained diversity, integrity, excellence, teamwork, and unbiasedness towards any race, religion, and caste. Even during job training and orientation we are taught not to judge and comment on anyone's religious nature. I am deeply humiliated, disgusted, and

emotionally distraught over this incident. According to this fact, I will not accept his apology as I do not find it sincere. I request an internal review be opened for this needful.

Thank you for this consideration.

Get [Outlook for iOS](Outlook for iOS)