# *EXHIBIT "C"*

FW: Reporting Inappropriate Behavior

Padron, Nathalie <NPadron@med.miami.edu>
Thu 8/31/2023 10:18 AM
To:Aulov, Monuel Markus <mma400@med.miami.edu>

**Nathalie Padron, BA, CCRP**
Sr. Manager, Research Support – Lymphoma, Viral
Clinical Trials Services
Sylvester Comprehensive Cancer Center
1550 NW 10th Avenue, Suite 340, Miami FL 33136
O 305-243-9610 F 305-243-8353

Sylvester.org |    

 

The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Luthra, Ravipal <rxl1038@med.miami.edu>
**Sent:** Wednesday, August 30, 2023 9:49 PM
**To:** Padron, Nathalie <NPadron@med.miami.edu>
**Subject:** Reporting Inappropriate Behavior

Hi Nathalie,

I am writing to bring to your attention a matter of great concern regarding Sara Haddad worker designated as Clinical Research Coordinator who keeps on continuously showing manipulative, and aggressive behavior Which I have noticed and faced many times during working time and addressed you verbally before about her like high pitch tone and coming to my desk with short-tempered behavior which showed me today after pm in the office when everyone left from their cubicles which doesn't only impact on m work but also on my health. I believe it is crucial to address this issue promptly to ensu healthy and productive work environment for everyone involved.

Over the past today morning's chat with the team, I have unfortunately been subjected to inappropriate behavior from her using words (like stop retrospective). The behavior includes suddenly speculating a few work ideas and being very Dominating  I have tried manage the situation on my own, but it has persisted and is now affecting both my emotional well-being and my physical health as I have a problem with my abdomen sometimes which really triggers me bad with repeated episodes.

As you may know, I have been dealing with health issues for some time now, which have been outlined in my previous medical documentation. These health challenges have a significant impact on my ability to cope with stress and negative situations. The inappropriate behavior her has exacerbated my health issues, resulting in bad gut episodes and making my abilities down

I kindly request your assistance in addressing this matter promptly. I believe that a resolution is crucial not only for my well-being but also for maintaining a healthy and respectful workplace for all team members. I am open to discussing this situation further providing any necessary evidence, and cooperating with any actions you deem appropriate to resolve this issue as this is starting with your time.

I am trying to catch up with this project and would love to handle my job duties as we all know this project is very busy with highly enrolled patients who work differently and require a lot of time on certain things. I trust in your ability to handle this matter in a fair and confidential manner. I am confident that with your support to Find a solution from High Authorities (Human Resources) that will not only alleviate the distressing situation but also prevent any future occurrences of such behavior that can lead to bad health issues If it keeps it like that I am happy with the previous team and would like to go back regardless of anything with my mental piece.

Thank you for your attention to this pressing matter. I eagerly await your guidance on how to proceed.

**Ravipal Luthra**

**Clinical Research Coordinator 2**

**Clinical Trials Office**

**MS BDS CRA  Certified CCRPS**

**University of Miami Miller School of Medicine**

**Sylvester Comprehensive Cancer Center**

**Fox Building**

**1550 NW 10th Avenue**

**Room#340J**

**Miami, Florida 33136**

**office:305-243-2712**

**Fax-305-243-8353**

**Email- rxl1038@med.miami.edu**

