*EXHIBIT "E"*



December 11, 2023

***Delivered via Electronic Mail***
Ravipal Luthra
152 SW 9th Street
Miami, FL 33130
Email: rxl1038@miami.edu

RE:   NOTICE OF ELIGIBILITY FOR FMLA LEAVE AND RELATED RIGHTS & RESPONSIBILITIES

Dear Ravipal,

On December 4, 2023, you advised that you required intermittent leave beginning on January 1, 2024 and ending on July 1, 2024 for your own serious health condition that makes you unable to perform one or more of the essential functions of your job.

## SECTION I: ELIGIBILITY

Under the University's *Family and Medical Leave* ("FMLA") policy, the purpose of this Notice is to inform you are ELIGIBLE for FMLA leave.  Please note that this Notice **IS NOT** the approval of your request for FMLA leave.  This Notice simply advises you as to your eligibility for FMLA leave, as well as certain rights and responsibilities you have related to your proposed leave.

## SECTION II: DOCUMENTATION IN SUPPORT OF REQUESTED LEAVE

In order to determine whether your request for a leave of absence qualifies for FMLA leave, you must return the following information no later than **December 26, 2023**:

- [X] The attached certification form that sets forth the information necessary to support your request.

- [ ] Sufficient documentation to establish the required relationship between you and your family member.

- [ ] Other information:

***FAILURE TO PROVIDE THE INFORMATION REQUESTED ABOVE BY THE DATE SPECIFIED ABOVE MAY RESULT IN YOUR LEAVE BEING DELAYED OR DENIED.***

## SECTION III: EMPLOYEE'S RIGHTS & RESPONSIBILITIES

If your leave qualifies under the FMLA, you will have the following rights and responsibilities while on FMLA leave:

- You will be required to use your available paid sick time, floating holidays, vacation time, and/or other paid leave (i.e., short term disability, worker's compensation, parental leave, if applicable) during your FMLA absence.  This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.  For information on the types of paid time off, please see the following policies (if applicable) at

- https://my.hr.miami.edu/workingattheu-internal/employee-resources/policies/index.html: Sick Time, Vacation Time, Holidays and Floating Holidays, and Parental Leave.  If you do not have any paid leave to use during your FMLA leave, then your FMLA leave shall be unpaid.  If you are enrolled in the University's Short Term Disability Program, and wish to file a claim for STD benefits, contact New York Life at (800) 362-4462.  ***The filing of a request for FMLA leave does not operate to automatically serve to file a claim for STD benefits.***

- You are not considered a "key employee" as defined under the FMLA.  If you are considered a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.

- While on leave, you will not be required to furnish us with periodic reports.

- Under FMLA, you have a right to take up to 12 work weeks of leave in a 12-month period for specified family and medical reasons, or up to 26 work weeks of leave in a 12-month period to care for a covered service member with a serious injury or illness.  The 12-month period is calculated as a "rolling" 12-month period measured backwards from the date of any FMLA leave usage, except that the "12-month period" for purposes of caring for a covered service member with a serious injury or illness begins on the first day leave is taken and ends 12 months after that date.

- You have a right to continue your participation in the University's group health plan coverage under the same conditions as if you had continued to work.  To the extent that your FMLA leave is paid, your portion of health insurance premiums shall continue to be deducted from your wages/salary in the normal course of business.  For any period of unpaid FMLA leave, the University will maintain your health insurance coverage during the period of unpaid leave, but reserves the unequivocal right to seek reimbursement for your portion of the health insurance premiums.  If you do not return to work following your FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; (2) the continuation, recurrence, or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or (3) other circumstances beyond your control, you shall be required to reimburse us for your share of health insurance premiums paid on your behalf during your FMLA leave.

- You have the right to be reinstated to the same or an equivalent position with the same pay, benefits, and terms and conditions of employment on your return from FMLA leave.  If your leave extends beyond the end of your FMLA leave entitlement, you do not have a right to return under the FMLA.

Once we obtain the information requested in Section II, we will inform you within five (5) business days whether your leave is approved as FMLA leave and counted towards your FMLA leave entitlement.

For additional information, please refer to the University's *Family and Medical Leave* policy. Should you have any questions, please feel free to contact me (305) 243-2892 or via email at JGlover@med.miami.edu.

Sincerely,

*J. Glover*

Jessica Glover
Leave and Accommodations Coordinator
Human Resources – Workplace Equity and Inclusion

cc:     Employee Medical File
        Nathalie Padron, Sr. Manager, Research Support
        Porsche Belidor, Sr. Manager, Human Resources
        Rosa Bell, Human Resources Generalist