*EXHIBIT "F"*



UNIVERSITY OF MIAMI
HUMAN RESOURCES

December 29, 2023

*Delivered via Electronic Mail*
Ravipal Luthra
152 SW 9th Street
Miami, FL 33130
Email: rxl1038@miami.edu

**RE:  DESIGNATION NOTICE – INTERMITTENT LEAVE**

Dear Ravipal,

In accordance with the Family and Medical Leave Act ("FMLA") and the University's *Family and Medical Leave* policy, we have reviewed your request and supporting documentation provided. This correspondence serves to advise you that your FMLA leave request is **APPROVED**. All leave taken for the reason set forth in your request will be designated as FMLA Leave.

### SECTION I: DATES OF SCHEDULED LEAVE
Both the FMLA and University policy require that you notify us as soon as practicable if the dates of your scheduled leave change or were initially unknown.

You have 480 hours of FMLA leave entitlement available for your use for the reasons certified by your health care provider beginning on **January 1, 2024** and ending **July 1, 2024**, **or at the exhaustion of your available FMLA leave entitlement**. Specifically, your health care provider indicated that leave may be required for scheduled medical visits estimated to take place 1 time per month. Additionally, leave may be required due to episodic flare-ups estimated to occur 2-4 times per month and are likely to last approximately 1-2 days per episode.

Because the leave needed will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request the amount of leave utilized once in a 30-day period during which leave was taken.

### SECTION II: SUBSTITUTION OF PAID LEAVE
You are required to use your available accrued time off balances and/or any other paid time off during your FMLA leave. If you do not have any accrued leave balances, then your FMLA leave shall be unpaid. Our records show that you have 190 sick hours and 108.01 vacation hours.

### SECTION III: RETURN TO WORK CERTIFICATION
You will not be required to present a Return to Work Certification in order to be restored to employment with the University following your FMLA leave.

Please refer to your Notice of Eligibility previously sent to you which provides important information regarding your rights and responsibilities while on FMLA leave. For additional information, please refer to the University's *Family and Medical Leave* policy. Should you have any questions, please feel free to contact me at (305) 284-9551 or via email at jxm2303@miami.edu.

Sincerely,

*Juan Moreno*

Juan Moreno
Leave and Accommodations Coordinator
Human Resources – Workplace Equity and Inclusion


cc:     Employee Medical File
        Nathalie Padron, Sr. Manager, Research Support
        Porsche Belidor, Sr. Manager, Human Resources
        Rosa Bell, Human Resources Generalist