*EXHIBIT "G"*



March 11, 2024

**Hand Delivered and Sent via Email**
Ravipal Luthra
152 SW 9th street
Miami, FL 33130
Email: rxl1038@miami.edu ; ravi291990@gmail.com

Dear Mr. Luthra,

On July 3, 2023, you were promoted to Clinical Research Coordinator 2 position in the SCCC – Clinical Research Services department. As an exempt employee, you have a minimum probationary period of six (6) months. During your initial probationary period, we had numerous conversations regarding performance related issues. Specifically, in the areas of documentation for assigned case studies effectively and maintaining clear and concise communication with respective teams. In December 2023, your probationary period was extended thirty (30) days and subsequently extended an additional thirty (30) days in January 2024, to afford you the opportunity to improve and address several aspects of your work performance.

Despite the provision of training, resources, and the extension of your probationary period, you continue to demonstrate significant deficiencies in your performance which makes your continued employment with the University of Miami untenable. As a result of your unsatisfactory work performance, your employment with the University is terminated effective immediately.

You must return all University property issued to you upon employment (ID badge, access cards, parking permit, keys, computer, etc.) to me as soon as possible so that any accrued vacation balance you have can be remitted to you.

If you (and your dependents) are currently enrolled in the University's medical and/or dental plans, your coverage will end on March 31, 2024. Effective April 1, 2024, you (and your dependents) are entitled to elect continuation of coverage under COBRA for a period up to 18 months. A COBRA election package will be mailed to your address on record with the University following the effective date of your separation. Should you have any questions concerning your benefits, please contact Human Resources' Office of Benefits Administration at (305) 284-3004 for more information.

Sincerely,

Nathalie Padron
Sr. Manager, Research Support

03/11/2024

cc: Human Resources
    Personnel File