# *EXHIBIT "B"*



# MEMORANDUM

**To:** Todd Gelband, Clinical Research Data Specialist

**From:** Rakhi Modak, Research Support Manager

**Date:** May 2, 2022

**Subject:** **Final Written Warning – Failure to Adhere to the University's Discipline Policy**

As you are aware, a complaint was filed against you alleging that you engaged in religious discriminative behavior that potentially violated University policy. The Office of Workplace Equity and Inclusion ("WEI") partnered with your Human Resources Manager to investigate the matter. The investigation was completed, and it has been determined that you engaged in inappropriate and unprofessional behavior in violation of the University's *Discipline* policy. Going forward, you are required to refrain from language and/or behavior that could be perceived as disrespectful, demeaning, or discriminatory on the basis of religion.

The University's *Discipline* policy prohibits behavior that is disruptive, threatening, intimidating, coercive, demeaning, disrespectful, abusive or otherwise unprofessional towards other employees. As an employee within the University of Miami, you are expected to model the University's values and adhere to its policies, especially as it relates to interactions with your co-workers. Your behavior constitutes a violation of the aforementioned policy. In turn, you are being issued this **Final Written Warning**. Please note, further occurrences of this nature or any other form of misconduct will result in further disciplinary action, up to and including termination of your employment.

Additionally, as a condition of this disciplinary action, you are required to complete the following ULearn courses by **May 9, 2022**: *Managing Bias and Diversity and Inclusion in the Modern Workplace.*

## ACKNOWLEDGMENT

I acknowledge that I have been provided a copy of this disciplinary action and the University's *Discipline* policy. I am aware that my acknowledgment does not necessarily signify my agreement with the terms of this disciplinary action. I understand that a copy of this disciplinary action will be placed in my personnel file. I also understand that I have the right to prepare a rebuttal to this disciplinary action in accordance with the University's *Discipline* Policy.

_____     5/2/22
**Employee Signature**         **Date**

_____     5/2/2022
**Manager Signature**          **Date**

cc: Human Resources - Personnel File