# *EXHIBIT "D"*

                                                   ravipal singh luthra <ravi291990@gmail.com>

**Fwd: please discuss this matter with me during 1:1**

Luthra, Ravipal <rxl1038@med.miami.edu>                              Sat, Oct 28, 2023 at 3:34 PM
To: "ravi291990@gmail.com" <ravi291990@gmail.com>

Get Outlook for iOS

**From:** Luthra, Ravipal
**Sent:** Monday, October 23, 2023 12:07:57 AM
**To:** Padron, Nathalie <NPadron@med.miami.edu>
**Subject:** please discuss this matter with me during 1:1

Hi Nathalie,

I hope this email finds you well. I wanted to discuss a matter I believe it's important to address as I have been trying to catch up for the last 7-10 days but I was out last week and we had 1:1 which got canceled  I have been working with the LEO project for the past three months, and I've noticed some significant differences in working styles that are causing me a certain level of anxiety and discomfort. I need your assistance to work on something as somehow how different working styles with her actively affect my abdomen and give me anxiety. I find it abrupt and rude which sometimes leaves me stressed and anxious after work hours and during some meetings.

This overall affects my ability to work I would greatly appreciate your support. If I tried to say something then she totally denied it and made me down at every stage which is stressful for me as I never deny anything which is my job duty I understand that you have a busy schedule, but if you could allocate some time for this discussion today during 1:1 that highly appreciated for me where I can seriously address some issues. Thank you for your attention to this matter, I am eager to work towards a resolution that will make me less stressful for all involved.

**Ravipal Luthra**
**Clinical Research Coordinator 2**
**Clinical Trials Office**
**University of Miami Miller School of Medicine**
**Sylvester Comprehensive Cancer Center**
**Fox Building**
**1550 NW 10th Avenue**
**Room#340J**
**Miami, Florida 33136**
**office:305-243-5189**
**Fax-305-243-8353**
**Email-** rxl1038@med.miami.edu

