# *EXHIBIT "F"*



# Memorandum

**To:**  Ravipal Luthra, Clinical Research Coordinator 2

**From:**  Nathalie Padron, Sr. Manager, Research Support
Monuel Aulov, Director, Clinical Research

**Date:**  December 15, 2023

**Re:**  **Extension of Probationary Period**

---

According to the University of Miami's Probationary Period policy, the probationary period for exempt employees is 180 consecutive days from date of hire, transfer, or promotion. Per policy, the University has the right to extend an employee's probationary period at its sole discretion and employment may be terminated at any time. Your hire date was July 10, 2023, and your probationary period was due to end on January 10, 2023. In order to afford you the opportunity to address several aspects of your work performance, your probationary period will be extended by an additional thirty (30) days.

I would like for you to acquire a better understanding of the expectations and responsibilities as a Clinical Research Coordinator 2, so that you can have the opportunity to work more independently without compromising the patient's experience. During the extension period you will be expected to be onsite, Monday through Friday during working hours and arrive at the office no later than 9:00 a.m. You have received feedback from management that the areas where improvement is needed are as follows:

- **Application of Training**
    - **Understanding of research process**
    - **Upholding responsibilities of Clinical Research Coordinator 2**
    - **Properly managing workload as trained**

- **Upholding effective communication between management, colleagues and patients**
    - **Communicate clearly and concisely through emails and phone calls**
    - **Communicate in a timely manner schedule changes, emergencies or unavailability**

- **Exhibiting pride and accountability in the performance of duties**
    - **Utilize resources in a responsible manner**
    - **Be dependable, trustworthy and accountable**
    - **Give full effort in patient care**

- **Attention to Detail and Meeting Deadlines**
    - **Organize and prioritize tasks accordingly**
    - **Focus on quality**
    - **Keep track of projects and define focus time**

cc:  Human Resources Personnel File



UNIVERSITY OF MIAMI
MILLER SCHOOL
of MEDICINE

I believe that you have the potential to perform your duties successfully and it is my desire to provide you with the tools needed to succeed in your role. During your probationary period extension, we will meet on a daily basis to assess your progress.

**Training**: You will be assigned the course listed below in ULearn. Please complete it by January 31, 2024.

- **Essentials of Communications: Effective Listening**

By your signature below, you acknowledge that you have been afforded the opportunity to review and sign this correspondence prior to it being placed in your personnel file.

_____    12/18/23
**Employee Signature**              **Date**

_____    12/18/23
**Manager Signature**              **Date**

cc:   Human Resources Personnel File