# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

RAVIPAL LUTHRA,

       Plaintiff,                            CASE NO.: 1:25-cv-20656-SINGHAL

v.

UNIVERSITY OF MIAMI,

       Defendant.

_____/

## **PROPOSED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 31, 2026**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Monday, August 24, 2026**. The parties shall adhere to the following schedule:

| # | Task | Date |
|---|------|------|
| 1 | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **9/26/25** |
| 2 | Joinder of any additional parties and filing of motion to amend the pleadings by | **11/3/25** |
| 3 | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **1/16/26** |
| 4 | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **2/13/26** |
| 5 | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/13/26** |
| 6 | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **3/20/26** |
| 7 | Fact discovery shall be completed by | **4/17/26** |
| 8 | Expert discovery shall be completed by | **4/17/26** |

| | | |
|---|---|---|
| 9. | Mediation shall be completed by | **4/24/26** |
| 10. | Dispositive motions, including summary judgment and Daubert, shall be filed by | **5/15/26** |
| 11. | Deposition designations and counter-designations shall be filed by | **7/3/26** |
| 12. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **7/17/26** |
| 13. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **8/7/26** |

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of August, 2025.

_____
The Honorable RAAG SINGHAL
United States District Judge