UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20656-CIV-SINGHAL

RAVIPAL LUTHRA,

     Plaintiff,

v.

UNIVERSITY OF MIAMI,

     Defendant.

_____/

### ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, *see* ECF No. 22, hereby recuses himself based upon a review of the pending record and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Local Rules and Internal Operating Procedures of the Court.

DONE AND ORDERED in chambers in Miami, Florida, this 27th day of August, 2025.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of ___Magistrate Judge Lauren F. Louis___

Copies of this order shall be served on all pending parties of record.  All documents for filing in this case shall carry the following case number and designation:

___25-cv-20656-Singhal/Louis___ .

BY ORDER OF COURT this __29th__ day of __August_____, 2025, Miami, Florida.

ANGELA E. NOBLE
CLERK OF COURT

By: ___s/ Valerie Kemp___
Deputy Clerk

cc:   The Honorable Raag Singhal
      Counsel of Record

2