UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Louis

**RAVIPAL LUTHRA,**

    **Plaintiff,**

vs.

**UNIVERSITY OF MIAMI,**

    **Defendant.**
_____/

## JOINT NOTICE OF MEDIATION

Plaintiff, Ravipal Luthra, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to the Court's Order dated August 26, 2025 (D.E. 22), hereby give notice that they have selected Cindy N. Hannah of ATD Mediation & Arbitration, P.A., to mediate this case. Mediation will be held on March 13, 2026, at 10:00 a.m. via Zoom. A proposed Order Scheduling Mediation is attached hereto.

Respectfully submitted this 24th day of September, 2025,

| **Derek Smith Law Group, PLLC** | **Isicoff Ragatz** |
|---|---|
| 520 Brickell Key Drive, Suite O-301 | 601 Brickell Key Drive, Suite 750 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| (305) 946-1884 | Tel.: (305) 373-3232 |
|  | Fax: (305) 373-3233 |
| By: /s/ Daniel J. Barroukh | By: /s/ Christopher M. Yannuzzi |
|     Daniel J. Barroukh |     Eric D. Isicoff |
|     Florida Bar No. 1049271 |     Florida Bar No. 372201 |
|     danielb@dereksmithlaw.com |     Isicoff@irlaw.com |
|  |     Teresa Ragatz |
| *Counsel for Plaintiff* |     Florida Bar No. 545170 |
|  |     Ragatz@irlaw.com |
|  |     Christopher M. Yannuzzi |
|  |     Florida Bar No. 0092166 |
|  |     Yannuzzi@irlaw.com |
|  |  |
|  | *Counsel for Defendant* |