UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20656-SINGHAL/Louis

**RAVIPAL LUTHRA,**

    **Plaintiff,**

vs.

**UNIVERSITY OF MIAMI,**

    **Defendant.**
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Cindy N. Hannah on March 13, 2026, at 10:00 a.m. via Zoom.

ENTERED this ___ day of _____, 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record