UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-CV-20656-SINGHAL/LOUIS

RAVIPAL LUTHRA,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **March 13, 2026 @ 9:00 A.M.**

__✓__    AN AGREEMENT WAS REACHED.

_____    The Agreement is attached with consent of the parties.

_____    NO AGREEMENT WAS REACHED; IMPASSE.

_____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. If no Notice of an agreement is filed with the Court before the end of business on ___/___/____, then this matter shall be deemed an impasse.

_____    Other: _____

_____

_____

Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-17680