UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20656-CIV-SINGHAL

RAVIPAL LUTHRA,

      Plaintiffs,

vs.

UNIVERSITY OF MIAMI,

      Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediator's Report (DE [28]) filed by the mediator, Cindy Niad Hannah, Esq., stating that the parties have settled the case. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT** and all deadlines are **CANCELLED**. The parties shall submit a Joint Stipulation for Settlement by **April 7, 2026.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF