**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-20656-SINGHAL/Louis**

**RAVIPAL LUTHRA,**

**Plaintiff,**

**vs.**

**UNIVERSITY OF MIAMI,**

**Defendant.**

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Ravipal Luthra, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each party shall bear his/its own attorneys' fees and costs.

Respectfully submitted this 31st day of March, 2026,

| **Derek Smith Law Group, PLLC** | **Isicoff Ragatz** |
|---|---|
| 520 Brickell Key Drive, Suite O-301 | 601 Brickell Key Drive, Suite 750 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| (305) 946-1884 | Tel.: (305) 373-3232 |
| | Fax: (305) 373-3233 |
| By: /s/ Daniel J. Barroukh | |
|     Daniel J. Barroukh | By: /s/ Christopher M. Yannuzzi |
|     Florida Bar No. 1049271 |     Eric D. Isicoff |
|     danielb@dereksmithlaw.com |     Florida Bar No. 372201 |
| |     Isicoff@irlaw.com |
| *Counsel for Plaintiff* |     Teresa Ragatz |
| |     Florida Bar No. 545170 |
| |     Ragatz@irlaw.com |
| |     Christopher M. Yannuzzi |
| |     Florida Bar No. 0092166 |
| |     Yannuzzi@irlaw.com |
| | |
| | *Counsel for Defendant* |