UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20656-CIV-SINGHAL

RAVIPAL LUTHRA,

　　Plaintiffs,

vs.

UNIVERSITY OF MIAMI,

　　Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice (DE [30]) filed by the parties.  Having reviewed the Joint Stipulation and the docket, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF